E. Scott Savage (2865)
**SAVAGE, YEATES & WALDRON, PC**
2455 Parleys Way, Suite 200
Salt Lake City, Utah 84109
Tel: (801) 328-2200
Email: ssavage@sywlaw.com

Jesse D. Franklin-Murdock*
Karin M. Sweigart*
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Tel: (415) 873-0123
Email: Jesse@sm-llp.com; Karin.Sweigart@sm-llp.com

*Counsel for Plaintiff*

**pro hac vice* pending

---

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| ROBERT L. HILD, JR., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CANDACE OWENS FARMER, a/k/a CANDACE OWENS, an individual; CANDACE OWENS, LLC, a Delaware limited liability company; and GEORGETOM, INC., a Delaware corporation,<br><br>Defendants. | **STIPULATED MOTION FOR SCHEDULING ORDER**<br><br>**Case No. 2:26-cv-00896-DBB** |

Plaintiff Robert L. Hild, Jr., and Defendants Candace Owens Farmer, a/k/a Candace Owens, Candace Owens, LLC, and GeorgeTom, Inc., by and through their respective undersigned attorneys, hereby jointly move the Court to issue a Scheduling Order in this case pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure. The parties met and conferred and drafted the attached Attorney Planning Meeting Report, which includes the parties' proposed case schedule and deadlines. The parties respectfully request that the Court enter their proposed Scheduling Order, which has been emailed to Magistrate Judge Pead.

RESPECTFULLY SUBMITTED this 17th day of November, 2026.

By: /s/ *Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock

E. Scott Savage (2865)
**SAVAGE, YEATES & WALDRON, PC**
2455 Parleys Way, Suite 200
Salt Lake City, Utah 84109
Tel: (801) 328-2200
Email: ssavage@sywlaw.com

Jesse D. Franklin-Murdock*
Karin M. Sweigart*
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94132
Tel: (415) 873-0123
Email: Jesse@sm-llp.com;
Karin.Sweigart@sm-llp.com

*Attorneys for Plaintiff Robert L. Hild, Jr.*

**pro hac vice*

-and-

By: */s/ Julianne P. Blanch*
Julianne P. Blanch

Charles L. Babcock (*pro hac vice pending*)
Texas Bar No. 01479500
Joel R. Glover (*pro hac vice pending*)
Texas Bar No. 24087593
Ivan A. De Leon (*pro hac vice pending*)
Texas Bar No. 24131002
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Tel: (713) 752-4200
Fax: (713) 752-4221
cbabcock@jw.com
jglover@jw.com
ideleon@jw.com

Minoo S. Blaesche (*pro hac vice pending*)
Texas Bar No. 24075102
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Tel: (214) 953-6000
Fax: (214) 661-6853
mblaesche@jw.com

Julianne P. Blanch (6495)
**Parsons Behle & Latimer**
201 South Main, Suite 1800
Salt Lake City, UT 84111
Tel: (801) 536-6871
jblanch@parsonsbehle.com

Noah R. Balch (*pro hac vice pending*)
California Bar No. 248591
**NOAH BALCH LAW P.C.**
3101 Ocean Park Boulevard, Ste 200
Santa Monica, California 90405
noah@balchadvisors.com

*Attorneys for Defendants*