Julianne P. Blanch, Utah State Bar No. 6495
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
(801) 536-6871
jblanch@parsonsbehle.com

Noah Balch (Pro Hac Vice Pending)
Noah Balch Law P.C.
3101 Ocean Park Blvd Ste 200
Santa Monica, CA 90405
(310) 882-8205
www.noahbalchlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROBERT L. HILD, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>CANDACE OWENS FARMER, a/k/a CANDACE OWENS, an individual; CANDACE OWENS, LLC, a Delaware limited liability company; and GEORGETOM, INC., a Delaware corporation,<br><br>Defendants. | **MOTION FOR PRO HAC VICE ADMISSION OF NOAH BALCH**<br><br>Case No. 2:26-cv-00896-DBB<br><br>District Judge David Barlow |

I move for the pro hac vice admission of Noah Balch as counsel for Candace Owens Farmer, a/k/a Candace Owens, an individual, Candace Owens, LLC, a Delaware limited liability company; and GeorgeTom Inc., a Delaware corporation, and I consent to serve as local counsel. I am an active member of this court's bar. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 18th day of November, 2026

*/s/ Julianne P. Blanch*
Julianne P. Blanch
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Phone: 801-536-6871
Email: jblanch@parsonsbehle.com